UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **LAURIE ELIZABETH FERGUSON** | **CIV. ACTION NO. 3:21-02262** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **KILOLO KIJAKAZI, ACTING COMMISSIONER, U.S. SOCIAL SECURITY ADMINISTRATION** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 21] having been considered, together with the written Objections [Doc. No. 22] filed by Plaintiff Laurie Elizabeth Ferguson, with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Commissioner's decision is **AFFIRMED**, in its entirety, and that this matter is hereby **DISMISSED, WITH PREJUDICE**.

MONROE, Louisiana, this 15th day of February 2023.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE